# EXHIBIT A

## Schedule of Preferential Transfers

| Transfer Date | Transfer Amount |
|---|---|
| 04/10/2024 | $31,613.49 |
| 04/10/2024 | $20,000.00 |
| 05/16/2024 | $29,150.00 |
| 05/22/2024 | $26,439.49 |
| 06/12/2024 | $12,809.25 |
| 06/17/2024 | $10,000.00 |
| 06/24/2024 | $35,000.00 |
| 06/24/2024 | $35,000.00 |
| 06/26/2024 | $35,000.00 |
| 06/27/2024 | $35,000.00 |
| 07/02/2024 | $35,000.00 |

AFSDOCS:305203306.1