# CERTIFICATE OF SERVICE

I, _____Scott B. Lepene_____(name), certify that service of this summons and a copy of the complaint was made __March 25, 2026_____ (date) by:

 x  Mail service: Regular, first class United States mail, postage fully pre–paid, addressed to:

   ColdTrack Logistics LLC, Attn: Guy Ironi, Chief Executive Officer, 145 Talmadge Road, Edison, NJ 08817

__ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

__ Residence Service: By leaving the process with the following adult at:

__ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

__ Publication: The defendant was served as follows: [Describe briefly]:

__ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]:

   If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

   Under penalty of perjury, I declare that the foregoing is true and correct.

   Date: __March 26, 2026_____      Signature: __/s/ Scott B. Lepene_____

             Printed Name of Attorney:

             __Scott B. Lepene_____

             Business Address:

             __Arent Fox Schiff LLP_____

             __1301 Avenue of the Americas, 42nd Floor, New York, NY 10019__