| | |
|---|---|
| In re: | Chapter 7 |
| Nutrition Corp, Inc., dba FreshNLean, | Case No. 24-01672 (HWV) |
| Debtor. | |
| KARA KATHERINE GENDRON, in her capacity as Chapter 7 Trustee, | |
| Plaintiff, | **Adv. Pro. No. 26-00013 (HWV)** |
| v. | |
| COLDTRACK LOGISTICS LLC, | |
| Defendant. | |

**CONSENT MOTION OF CHAPTER 7 TRUSTEE AND COLDTRACK LOGISTICS LLC FOR ENTRY OF AN ORDER APPROVING THE JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Kara Katherine Gendron, in her capacity as the chapter 7 trustee (the "Trustee") for the above-captioned debtor, Nutrition Corp, Inc., d/b/a FreshNLean ("Debtor"), and ColdTrack Logistics LLC ("ColdTrack" and together with the Trustee, the "Parties") hereby submit this consent motion (the "Motion") for the entry of an order, substantially in the form attached to this Motion as **Exhibit A** (the "Proposed Order") approving the joint stipulation (the "Stipulation") entered between the Parties to extend the time to answer or otherwise respond to the Complaint, which is attached hereto as **Exhibit B.** In support thereof, the Parties assert as follows:

1. On July 8, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief (the "Petition") under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Middle District of Pennsylvania (the "Court").

2. On July 9, 2024, Kara Katherine Gendron was duly appointed as the Trustee of the Debtor's bankruptcy estate and continues to act in such capacity.

3. Pursuant to her authority under the Bankruptcy Code, the Trustee has investigated potential claims and causes of action against creditors, including ColdTrack.

4. On March 23, 2026, the Trustee filed a complaint [Adv. Pro. Docket No. 1] (the "Complaint") against ColdTrack seeking to avoid and recover certain preferential transfers and commenced the above-captioned adversary proceeding.

5. On March 25, 2026, ColdTrack was properly served with a true and correct copy of the summons [Adv. Pro. Docket No. 2] (the "Summons") and Complaint.

6. Pursuant to the Summons, ColdTrack's current deadline to file a motion or answer the Complaint is April 23, 2026.

7. ColdTrack and the Trustee have conferred in good faith concerning the time for ColdTrack to answer or otherwise respond to the Complaint.

8. The Parties seek to extend the response deadline to May 22, 2026, to provide ColdTrack additional time to investigate the claims and enable the Parties to pursue a consensual resolution to this dispute.

9. Accordingly, the Parties respectfully request the Court enter the Proposed Order, approving the Stipulation.

2

AFSDOCS:305820575.1

Case 1:26-ap-00013-HWV    Doc 4    Filed 04/22/26    Entered 04/22/26 15:42:42    Desc
Main Document    Page 2 of 3

Date: April 22, 2026
New York, NY

Respectfully submitted,

*/s/ Scott B. Lepene*

Scott B. Lepene
Carolyn Indelicato
**ARENTFOX SCHIFF LLP**
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Tel: (212) 484-3900
Scott.Lepene@afslaw.com
Carolyn.Indelicato@afslaw.com

*- and -*

Annie Y. Stoops
**ARENTFOX SCHIFF LLP**
555 S. Flower Street, 43rd Floor
Los Angeles, CA 90071
Tel: (213) 629-7400
Annie.Stoops@afslaw.com

*- and -*

Stephanie DiVittore
**BARLEY SNYDER LLP**
213 Market Street, 12th Floor
Harrisburg, PA 17101
Tel: (717) 231-6603
sdivittore@barley.com

*Special Counsel to Kara Katherine Gendron in her capacity as Chapter 7 Trustee*

Date: April 22, 2026
Chicago, IL

Respectfully submitted,

*/s/ Lorne Saeks*

Lorne Saeks (*pro hac vice* forthcoming)
**MUCH SHELIST, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, IL 60606
Tel: (312) 521-2438
LSaeks@muchlaw.com

*Counsel to ColdTrack Logistics LLC*

3

AFSDOCS:305820575.1