**EXHIBIT A**

**Proposed Order**

1

AFSDOCS:305820638.1

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Nutrition Corp, Inc., dba FreshNLean,<br><br>        Debtor. | Chapter 7<br><br>Case No. 24-01672 (HWV) |
| KARA KATHERINE GENDRON, in her capacity as Chapter 7 Trustee,<br><br>        Plaintiff,<br><br>        v.<br><br>COLDTRACK LOGISTICS LLC,<br><br>        Defendant. | **Adv. Pro. No. 26-00013 (HWV)** |

## ORDER APPROVING THE JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Upon consideration of the consent motion (the "Motion")[1] of (i) the chapter 7 trustee, Kara Katherine Gendron (the "Trustee") and (ii) ColdTrack Logistics LLC for entry of an order approving the Stipulation entered between the Parties, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the Stipulation is **APPROVED;** and it is further

**ORDERED** that the time upon which ColdTrack may file an answer or otherwise respond to the Complaint is hereby extended through and including **May 22, 2026**; and it is further

---

[1] Capitalized terms not otherwise defined shall have the meanings ascribed to them in the Motion.

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of the Stipulation.

2