# **EXHIBIT B**

## **STIPULATION**

AFSDOCS:305820614.1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Nutrition Corp, Inc., dba FreshNLean,<br><br>                   Debtor. | Chapter 7<br><br>Case No. 24-01672 (HWV) |
| KARA KATHERINE GENDRON, in her capacity as Chapter 7 Trustee,<br><br>               Plaintiff,<br><br>    v.<br><br>COLDTRACK LOGISTICS LLC,<br><br>              Defendant. | **Adv. Pro. No. 26-00013 (HWV)** |

## JOINT STIPULATION TO EXTEND TIME TO
## ANSWER OR OTHERWISE RESPOND TO COMPLAINT

This joint stipulation (the "Stipulation") is entered into by and between (i) Kara Katherine Gendron, in her capacity as the chapter 7 trustee (the "Trustee") for the bankruptcy estate of Nutrition Corp, Inc. d/b/a FreshNLean, and (ii) ColdTrack Logistics LLC ("ColdTrack" and, together with the Trustee, the "Parties"), by and through their respective undersigned counsel. The Parties hereby stipulate and agree as follows:

**WHEREAS**, on March 23, 2026, the Trustee filed a complaint [Adv. Pro. Docket No. 1] (the "Complaint") against ColdTrack seeking to avoid and recover certain preferential transfers and commenced the above-captioned adversary proceeding;

**WHEREAS**, on March 25, 2026, ColdTrack was properly served with a true and correct copy of the Complaint and the summons [Adv. Pro. Docket No. 2] (the "Summons");

AFSDOCS:305820614.1

**WHEREAS**, pursuant to the Summons, ColdTrack's current deadline to file a motion or answer the Complaint is April 23, 2026;

**WHEREAS**, ColdTrack and the Trustee have conferred in good faith concerning the time for ColdTrack to answer or otherwise respond to the Complaint;

**NOW, THEREFORE, IT IS STIPULATED AND AGREED, AS FOLLOWS:**

1. The recitals set forth above are incorporated herein as if fully set forth herein.

2. The deadline by which ColdTrack may answer or otherwise respond to the Complaint is hereby extended from April 23, 2026, through and including **May 22, 2026**.

3. This is the first request for an extension and is made in good faith and not for the purpose of delay.

4. The terms of this Stipulation are without prejudice to the rights of the Parties to stipulate to such other or further relief as they may deem appropriate, including but not limited to extensions or adjournments of any of the dates or deadlines set forth herein.

5. The Parties reserve all rights and defenses each may have, and entry into this Stipulation shall not impair or affect any such right or defense.

6. This Stipulation may be executed by the Parties in counterparts, each of which when so signed shall be an original and shall together constitute one and the same instrument. A signed facsimile, PDF or electronic copy of this Stipulation shall be deemed an original.

Date: April 22, 2026  
New York, NY

/s/ Scott B. Lepene
_____
Scott B. Lepene
Carolyn Indelicato
**ARENTFOX SCHIFF LLP**
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Tel: (212) 484-3900
Scott.Lepene@afslaw.com
Carolyn.Indelicato@afslaw.com

_- and -_

Annie Y. Stoops
**ARENTFOX SCHIFF LLP**
555 S. Flower Street, 43rd Floor
Los Angeles, CA 90071
Tel: (213) 629-7400
Annie.Stoops@afslaw.com

_- and -_

Stephanie DiVittore
**BARLEY SNYDER LLP**
213 Market Street, 12th Floor
Harrisburg, PA 17101
Tel: (717) 231-6603
sdivittore@barley.com

_Special Counsel to Kara Katherine Gendron in her capacity as Chapter 7 Trustee_

Date: April 22, 2026  
Chicago, IL

/s/ Lorne Saeks
_____
Lorne Saeks (_pro hac vice_ forthcoming)
**MUCH SHELIST, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, IL 60606
Tel: (312) 521-2438
LSaeks@muchlaw.com

_Counsel to ColdTrack Logistics LLC_

3