# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Nutrition Corp, Inc., dba FreshNLean,<br><br>Debtor. | Chapter 7<br><br>Case No. 1:24-bk-01672 (HWV) |
| KARA KATHERINE GENDRON, in her capacity as Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>COLDTRACK LOGISTICS LLC,<br><br>Defendant. | Adv. Pro. No. 1:26-ap-00013 (HWV) |

## ORDER

Upon consideration of the consent motion (the "Motion")[1] of (i) the chapter 7 trustee, Kara Katherine Gendron (the "Trustee") and (ii) ColdTrack Logistics LLC for entry of an order approving the Stipulation entered between the Parties, Doc. 4, it is

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that the Stipulation is **APPROVED**. It is further

**ORDERED** that the time by which ColdTrack may file an answer or otherwise respond to the Complaint is extended through and including May 22, 2026. It is further

---

[1] Capitalized terms not otherwise defined shall have the meanings ascribed to them in the Motion.

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of the Stipulation.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 23, 2026

2