# Notice Recipients

District/Off: 0314–1 User: AutoDocketer Date Created: 4/23/2026

Case: 1:26–ap–00013–HWV Form ID: pdf010 Total: 7

**Recipients of Notice of Electronic Filing:**
pla     Kara Katherine Gendron     karagendrontrustee@gmail.com
aty     Scott B Lepene     scott.lepene@afslaw.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft     ColdTrack Logistics LLC     145 Talmadge Road     Edison, NJ 08817
ust     Edith Ann Serrano     DOJ–Ust     Sylvia H. Rambo United States Courthouse     1501 N. 6th Street     Box 302     Harrisburg, PA 17102
ust     Joseph P Schalk     DOJ–Ust     1501 North 6th Street     Ste Box 302     Harrisburg, PA 17102
ust     United States Trustee – TPA     Timberlake Annex, Suite 1200     501 E Polk Street     Tampa, FL 33602
ust     United States Trustee     US Courthouse     1501 N. 6th St     Harrisburg, PA 17102

TOTAL: 5