| | |
|---|---|
| In re:<br><br>Nutrition Corp, Inc., dba FreshNLean,<br><br>Debtor. | Chapter 7<br><br>Case No. 1:24-bk-01672 (HWV) |
| KARA KATHERINE GENDRON, in her capacity as Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>COLDTRACK LOGISTICS, LLC,<br><br>Defendant. | Adv. Pro. No. 1:26-ap-00013 (HWV) |

## **ORDER**

Upon consideration of the consent motion (the "Motion")[1] to amend the complaint to substitute NF Solutions, LLC d/b/a ColdTrack for ColdTrack Logistics LLC, Doc. 7, it is

**ORDERED** that the Motion is **GRANTED**. It is further

**ORDERED** that the Trustee shall file the Amended Complaint within three (3) business days of the entry of this Order substituting NF Solutions for ColdTrack Logistics. It is further

**ORDERED** that NF Solutions may file an answer or otherwise respond to the Amended Complaint within forty-five (45) days of the filing of the Amended Complaint.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 26, 2026

---

[1] Capitalized terms not otherwise defined shall have the meanings ascribed to them in the Motion.