# Notice Recipients

District/Off: 0314–1 | User: AutoDocketer | Date Created: 5/26/2026
Case: 1:26–ap–00013–HWV | Form ID: pdf010 | Total: 2

**Recipients of Notice of Electronic Filing:**
aty          Scott B Lepene          scott.lepene@afslaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
dft          ColdTrack Logistics LLC          145 Talmadge Road          Edison, NJ 08817

TOTAL: 1